**Order filed November 18, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00642-CV
_____

**NAKEISHA HARMON, Appellant**

**V.**

**CSM BAKERY PRODUCTS, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1040175**

---

## O R D E R

The notice of appeal in this case was filed August 7, 2014. Appellant filed an affidavit to proceed without advance payment of costs on appeal. On October 8, 2014, the trial court signed an order sustaining a contest to appellant's claim of indigence.

Texas Rule of Appellate Procedure 20.1 governs the procedures to establish indigence on appeal. See Tex. R. App. P. 20.1. The rule requires a party claiming

indigence who seeks review of the trial court's order sustaining a contest to file his challenge "within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later." Tex. R. App. P. 20.1(j)(2). As of this date, appellant has not filed a motion challenging the trial court's order.

Accordingly, appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before December 3, 2014. *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM